NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3290

LARRY A. WILLS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Willie J. Nunnery, Nunnery Law Offices, of Madison, Wisconsin, argued for petitioner.

Robert P. Sindermann, Jr., Appellate Counsel, United States Postal Service, of Washington, DC, argued for respondent.  With him on the brief were Peter D. Keisler, Assistant Attorney General, Commerical Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, and Lori J. Dym, Chief Counsel, Law Department Civil Practice, United States Postal Service, of Washington, DC.   Of counsel was David C. Belt.

Appealed from:  United States Merit Systems Protection Board

# United States Court of Appeals for the Federal Circuit

2006-3290

LARRY A. WILLS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

## Judgment

ON APPEAL from the      MERIT SYSTEMS PROTECTION BOARD

In CASE NO(S).      CH0752050771-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER and PROST, Circuit Judges and LINARES, District Judge*).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: July 13, 2007      /s/ Jan Horbaly
                                     Jan Horbaly
                                     Clerk

*      Honorable Jose L. Linares, District Judge, United States District Court for the District of New Jersey, sitting by designation.